# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 917 MAL 2015

:

           Respondent   :

:

:   Petition for Allowance of Appeal from

:   the Order of the Superior Court

        v.   :

:

:

T.S.N.,   :

:

           Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.